AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

United States of America )
v. )
) Case No. 10-112 m
ALFREDO DE LA CRUZ-MARTINEZ )
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  11/24/2009  in the county of  Bayamon  in the _____ District of Puerto Rico, the defendant violated  8  U. S. C. § 1326(a), an offense described as follows:

the defendant herein, being an alien previously deported from the United States, was found in the United States, without obtaining, prior to his reembarkation at a place outside the United States, the express consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, to reapply for admission into the United States. All in violation of Title 8, United States Code, Section 1326 (a)(1).

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

Authorized by: AUSA Evelyn Canals

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Gil Torres, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  FEB 2 5 2010

City and state:  SAN JUAN, PUERTO RICO

_____
*Judge's signature*

CAMILLE L. VELEZ-RIVE
U.S. MAGISTRATE JUDGE
*Printed name and title*